# United States Bankruptcy Court
## Central District of California

In re:
Dam Peter
Phuong Quy Ly

CHAPTER NO.: 7

CASE NO.: 2:17–bk–17414–RK

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
**A.** You must cure the following within 14 days from filing of your petition:

☒ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)

☐ Other *(Specify):*

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

        Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

      255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: June 19, 2017

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mccdn – Rev 12/2015)

**7 – 1 / STG**