United States Bankruptcy Court
Central District of California

In re:  
Dam Peter  
Phuong Quy Ly  
    Debtors

Case No. 17-17414-RK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: statumC    Page 1 of 1    Date Rcvd: Jun 20, 2017  
                    Form ID: mccdn    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.  
db/jdb      +Dam Peter,    Phuong Quy Ly,    7630 Highcliff Street,    Rosemead, CA 91770-3067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:  
        Edward M Wolkowitz (TR)    emwtrustee@lnbyb.com,   ewolkowitz@iq7technology.com  
        Randolph R Ramirez     on behalf of Debtor Dam  Peter  
         randolph.ramirez@yourlegalneeds.net;r49965@notify.bestcase.com  
        Randolph R Ramirez     on behalf of Joint Debtor Phuong Quy Ly  
         randolph.ramirez@yourlegalneeds.net;r49965@notify.bestcase.com  
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
                                                                                                         TOTAL: 4

| | **United States Bankruptcy Court**<br>**Central District of California** |
|---|---|
| In re:<br>Dam Peter<br>Phuong Quy Ly | CHAPTER NO.: 7 |
| | CASE NO.: 2:17–bk–17414–RK |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
**A.** You must cure the following within 14 days from filing of your petition:

☒ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)

☐ Other *(Specify):*

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

      Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: <u>June 19, 2017</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mccdn – Rev 12/2015)

**7 – 1 / STG**