Certificate Number: 01401-CAC-DE-029277311

Bankruptcy Case Number: 17-13929



01401-CAC-DE-029277311

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 18, 2017, at 10:36 o'clock PM EDT, Peter Dam completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: May 18, 2017

By: /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager

Certificate Number: 01401-CAC-DE-029278075

Bankruptcy Case Number: 17-13929



01401-CAC-DE-029278075

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 19, 2017</u>, at <u>3:23</u> o'clock <u>AM EDT</u>, <u>Phuong Ly</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>May 19, 2017</u>        By:    <u>/s/Jeremy_Lark</u>

                              Name:  <u>Jeremy_Lark</u>

                              Title:  <u>FCC Manager</u>