Certificate Number: 01401-CAC-DE-029277311

Bankruptcy Case Number: 17-13929



01401-CAC-DE-029277311

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 18, 2017, at 10:36 o'clock PM EDT, Peter Dam completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   May 18, 2017            By:   /s/Jeremy Lark

Name:   Jeremy Lark

Title:   FCC Manager

Certificate Number: 01401-CAC-DE-029278075

Bankruptcy Case Number: 17-13929



01401-CAC-DE-029278075

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 19, 2017, at 3:23 o'clock AM EDT, Phuong Ly completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  May 19, 2017          By:   /s/Jeremy_Lark

Name: Jeremy_Lark

Title: FCC Manager